IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jay Twigg - #88201

CV 10 80 068 MISC VRW

/

**ORDER TO SHOW CAUSE**

It appearing that Jay Twigg has been suspended for one year by the Supreme Court of California effective February 7, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Jay Twigg
Attorney At Law
660 Leslie St Spc 59
Ukiah, CA 95482